## Williams v. Gartner & Company.

Argued Oct. 29, 1907. Appeal, No. 89, Oct. T., 1907, by Marshall McClain, Receiver, from decree of C. P. No. 1, Allegheny Co., June Term, 1906, No. 688, directing receiver to turn over assets to the Guarantee Title & Trust Company, assignee of E. D. Gartner & Company, in case of D. W. Williams et al. v. E. D. Gartner & Company. Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ. Affirmed.

OPINION BY MR. JUSTICE MESTREZAT, January 6, 1908 :

The affirmance of the decree in Marshall McClain, Receiver, v. The Pittsburg Stock Exchange, ante, p. 435, necessarily sustains the decree made in this case, and therefore this appeal is dismissed at the cost of the appellant.